DISTRICT COURT – EASTERN DISTRICT
STATE OF NEW YORK
-------------------------------------------------------------------------x.

JUSTIN MATTERA,                                              Docket: 2:24-cv-00566

                           Plaintiff,

    -against-                                               NOTICE OF APPEAL
WESTHAMPTON BEACH SCHOOL DISTRICT;
SUZANNE MENSCH, as President of the Board of
Education of the Westhampton Beach School District;
CAROLYN PROBST, as Superintendent of the
Westhampton Beach School District; CHRISTOPHER
HERR, as Principal of the Westhampton Beach High
School; CHARISE MILLER, as Principal of the
Westhampton Beach Middle School, MARY ANN
AMBROSINI, as the Director of Pupil Personnel for the
Westhampton Beach School District, and ROBERT
FINN, as Director of Guidance and Data Management
For the Westhampton Beach School District,

                           Defendants.
-------------------------------------------------------------------------x.

Party Taking an Appeal: Plaintiff/Appellant – Justin Mattera

Judgment or Order Appealed From: Defendants' motion to dismiss and Plaintiff's amended
complaint. Signed by Deputy Clerk, Ryan Richards, on behalf of Clerk of Court, Brenna B.
Mahoney, on 09/30/2025

Filed by:       Killoran Law P.C., Attorney for Plaintiff/Appellant
                Christian Killoran, Esq.
                2 Old Pond Lane – Post Office Box 918
                Remsenburg, NY 11960
                Office Telephone: (631) 878-8757

Served Upon:  Guercio & Guercio
                Attorneys for Defendants/Appellees
                77 Conklin Street
                Farmingdale, New York 11735

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUSTIN MATTERA,

                                        Plaintiff,

          v.                                                        JUDGMENT
                                                                    No. 2:24-cv-566 (NRM) (CLP)

WESTHAMPTON BEACH SCHOOL DISTRICT,
SUZANNE MENSCH, CAROLYN PROBST,
CHRISTOPHER HERR, CHARISE MILLER,
MARY ANN AMBROSINI, ROBERT FINN,

                                        Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States

District Judge, having been filed on September 30, 2025, granting the Defendants' motion to

dismiss for failure to state a claim; it is

ORDERED and ADJUDGED that the Defendants' motion to dismiss for failure to state a

claim is GRANTED and Plaintiff's amended complaint is DISMISSED in its entirety.

Dated: Brooklyn, New York                          Brenna B. Mahoney
          September 30, 2025                        Clerk of Court

                                        By:    /s/Ryan Richards
                                               Deputy Clerk

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF SUFFOLK      )

The undersigned, being duly sworn, deposes and says:

That on October 14, 2025, deponent served a true copy of the within NOTICE OF APPEAL,

CLERK'S JUDGMENT and INFORMATIONAL STATEMENT upon GUERCIO & GUERCIO, Attorneys for

Defendant, 77 Conklin Street, Farmingdale, New York 11735; via first class mail, by depositing same in a

postage-paid envelope and depositing into an official United States Postal Service depository.

_____
ANDREA SICILIANO

Sworn to before me this
14th day of October, 2025.

_____
Notary Public

CHRISTIAN D. KILLORAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KI6259461
Qualified in Suffolk County
Commission Expires April 9, 20___